UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 17-21119
§
ANICETO GREGORIO SERRANO- §
MENDIOLA §
JOAN FRANCIS SERRANO- §
MENDIOLA §
    Debtor(s)

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,000.00 | Assets Exempt: | $22,890.00 |
| Total Distributions to Claimants: | $3,025.04 | Claims Discharged Without Payment: | $22,412.23 |
| Total Expenses of Administration: | $1,082.20 | | |

    3)    Total gross receipts of $7,606.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,498.76 (see **Exhibit 2),** yielded net receipts of $4,107.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,082.20 | $1,082.20 | $1,082.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $20,090.00 | $13,921.34 | $11,996.27 | $3,025.04 |
| **Total Disbursements** | $20,090.00 | $15,003.54 | $13,078.47 | $4,107.24 |

4). This case was originally filed under chapter 7 on 07/15/2017. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2019            By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund | 1224-000 | $7,606.00 |
| **TOTAL GROSS RECEIPTS** | | $7,606.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| GREGORIO & JOAN SERRANO-MENDIOLA | Funds to Third Parties | 8500-002 | $3,498.76 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,498.76 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,026.81 | $1,026.81 | $1,026.81 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $34.05 | $34.05 | $34.05 |
| Green Bank | 2600-000 | NA | $21.34 | $21.34 | $21.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,082.20 | $1,082.20 | $1,082.20 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-900 | $228.00 | $396.92 | $396.92 | $100.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | TD Bank, USA | 7100-900 | $682.00 | $877.28 | $877.28 | $221.22 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | $510.00 | $501.84 | $501.84 | $126.56 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $1,864.00 | $1,995.02 | $1,995.02 | $503.07 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $2,975.00 | $3,339.43 | $3,339.43 | $842.09 |
| 6 | Capital One, N.A. | 7100-900 | $0.00 | $943.25 | $943.25 | $237.85 |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | 7100-900 | $0.00 | $2,565.55 | $2,565.55 | $646.94 |
| 8 | T Mobile/T-Mobile USA Inc | 7100-000 | $0.00 | $88.04 | $88.04 | $22.20 |
| 9 | Pinnacle Credit Services, LLC its successors and | 7100-900 | $0.00 | $1,925.07 | $0.00 | $0.00 |
| 10 | Midland Funding, LLC | 7100-900 | $0.00 | $758.49 | $758.49 | $191.26 |
| 11 | Midland Funding, LLC | 7100-900 | $390.00 | $530.45 | $530.45 | $133.76 |
| | Capital ONE BANK USA N | 7100-000 | $2,386.00 | $0.00 | $0.00 | $0.00 |
| | CBNA/Citi/Best Buy | 7100-000 | $973.00 | $0.00 | $0.00 | $0.00 |
| | CBNA/Citi/Sears | 7100-000 | $1,417.00 | $0.00 | $0.00 | $0.00 |
| | CBNA/Citi/Sears | 7100-000 | $1,935.00 | $0.00 | $0.00 | $0.00 |
| | CBNA/Citi/Sears | 7100-000 | $3,379.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago Bureau Parking | 7100-000 | $244.00 | $0.00 | $0.00 | $0.00 |
| | Comcast | 7100-000 | $265.00 | $0.00 | $0.00 | $0.00 |
| | Comenitybank/Meijer | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| | Kohls/Capone | 7100-000 | $683.00 | $0.00 | $0.00 | $0.00 |
| | MacNeal Hospital | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | Readyrefresh BY Nestle/Ice Mountain | 7100-000 | $406.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/JCPenney | 7100-000 | $439.00 | $0.00 | $0.00 | $0.00 |
| | T-Mobile | 7100-000 | $784.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $20,090.00 | $13,921.34 | $11,996.27 | $3,025.04 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-21119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SERRANO-MENDIOLA, ANICETO GREGORIO AND SERRANO-MENDIOLA, JOAN FRANCIS | Date Filed (f) or Converted (c): | 07/15/2017 (f) |
| For the Period Ending: | 1/12/2019 | §341(a) Meeting Date: | 08/16/2017 |
| | | Claims Bar Date: | 08/15/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Furniture, linens, bedroom set | $500.00 | $0.00 | | $0.00 | FA |
| 2 | Flat screen TV, stereo, printer, camera, music collection, cell phone | $1,900.00 | $0.00 | | $0.00 | FA |
| 3 | Necessary wearing apparel | $250.00 | $0.00 | | $0.00 | FA |
| 4 | Jewelry, costume jewelry, wedding rings | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Dog | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Books, CDs, DVDs & Family Photos | $40.00 | $0.00 | | $0.00 | FA |
| 7 | Checking Account Republic Bank | $700.00 | $0.00 | | $0.00 | FA |
| 8 | Serrano v. City of Berwyn, Case No 2016-M6-008604 pending with Atty Peter Vrdolyak (u) | $30,000.00 | $0.00 | | $0.00 | FA |

Asset Notes: $11k in special damages, it would seem the case is not worth much more than $25k. With $15k exemption plus attorneys fees/costs, nothing to administer.

| 9 | 2017 Federal Income Tax Refund (u) | $0.00 | $4,107.24 | | $7,606.00 | FA |

Asset Notes: Attributable to Gregorio Serrano-Mendiola's income ONLY
Debtors' pro-rated portion: $3,498.76

**TOTALS (Excluding unknown value)**                                                                                 **Gross Value of Remaining Assets**

$33,890.00            $4,107.24                          $7,606.00             $0.00

---

**Major Activities affecting case closing:**

05/24/2018   2018 Reporting Period:

After contacting Debtors' personal injury counsel, the Trustee determined that there was no estate value to the pending personal injury claim. The Trustee intercepted Debtors' 2017 Federal Income Tax Refund, of which the Estate portion is $4,107.24.

The claims bar date is 8/15/18, after which, the case will be ready for TFR.

**Initial Projected Date Of Final Report (TFR):**   05/05/2019   **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 17-21119 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SERRANO-MENDIOLA, ANICETO GREGORIO AND SERRANO-MENDIOLA, JOAN FRANCIS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3294 | | | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | **-***3295 | | | Account Title: | |
| For Period Beginning: | 7/15/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/10/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $7,606.00 | | $7,606.00 |
| | {9} | | Estate Portion - 2017 Federal Income Tax Refund  $4,107.24 | 1224-000 | | | $7,606.00 |
| | {9} | | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund  $3,498.76 | 1280-002 | | | $7,606.00 |
| 05/11/2018 | 3001 | GREGORIO & JOAN SERRANO-MENDIOLA | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $3,498.76 | $4,107.24 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $8.34 | $4,098.90 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.61 | $4,092.29 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.39 | $4,085.90 |
| 10/16/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,026.81 | $3,059.09 |
| 10/16/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $34.05 | $3,025.04 |
| 10/16/2018 | 3004 | TD Bank, USA | Claim #: 1; Amount Claimed: $396.92; Distribution Dividend: 25.22%; | 7100-900 | | $100.09 | $2,924.95 |
| 10/16/2018 | 3005 | TD Bank, USA | Claim #: 2; Amount Claimed: $877.28; Distribution Dividend: 25.22%; | 7100-900 | | $221.22 | $2,703.73 |
| 10/16/2018 | 3006 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $501.84; Distribution Dividend: 25.22%; | 7100-000 | | $126.56 | $2,577.17 |
| 10/16/2018 | 3007 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $1,995.02; Distribution Dividend: 25.22%; | 7100-900 | | $503.07 | $2,074.10 |
| 10/16/2018 | 3008 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: $3,339.43; Distribution Dividend: 25.22%; | 7100-900 | | $842.09 | $1,232.01 |
| 10/16/2018 | 3009 | Capital One, N.A. | Claim #: 6; Amount Claimed: $943.25; Distribution Dividend: 25.22%; | 7100-900 | | $237.85 | $994.16 |
| 10/16/2018 | 3010 | Bureaus Investment Group Portfolio No 15 LLC | Claim #: 7; Amount Claimed: $2,565.55; Distribution Dividend: 25.22%; | 7100-900 | | $646.94 | $347.22 |
| 10/16/2018 | 3011 | T Mobile/T-Mobile USA Inc | Claim #: 8; Amount Claimed: $88.04; Distribution Dividend: 25.22%; | 7100-000 | | $22.20 | $325.02 |
| | | | **SUBTOTALS** | | $7,606.00 | $7,280.98 | |

FORM 2 Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-21119 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SERRANO-MENDIOLA, ANICETO GREGORIO AND SERRANO-MENDIOLA, JOAN FRANCIS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3294 | Checking Acct #: | ******1901 |
| Co-Debtor Taxpayer ID #: | **-***3295 | Account Title: | |
| For Period Beginning: | 7/15/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/16/2018 | 3012 | Midland Funding, LLC | Claim #: 10; Amount Claimed: $758.49; Distribution Dividend: 25.22%; | 7100-900 | | $191.26 | $133.76 |
| 10/16/2018 | 3013 | Midland Funding, LLC | Claim #: 11; Amount Claimed: $530.45; Distribution Dividend: 25.22%; | 7100-900 | | $133.76 | $0.00 |
| 10/17/2018 | 3012 | VOID: Midland Funding, LLC | | 7100-903 | | ($191.26) | $191.26 |
| 10/17/2018 | 3013 | VOID: Midland Funding, LLC | | 7100-903 | | ($133.76) | $325.02 |
| 10/17/2018 | 3014 | Midland Funding, LLC | Claim #: 10; Amount Claimed: $758.49; Distribution Dividend: 25.22%; Misprinted on plain paper | 7100-900 | | $191.26 | $133.76 |
| 10/17/2018 | 3015 | Midland Funding, LLC | Claim #: 11; Amount Claimed: $530.45; Distribution Dividend: 25.22%; Misprinted on plain paper | 7100-900 | | $133.76 | $0.00 |

|  |  |  |
|---|---:|---:|
| **TOTALS:** | $7,606.00 | $7,606.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $7,606.00 | $7,606.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $7,606.00 | $7,606.00 | |

| For the period of 7/15/2017 to 1/12/2019 | | For the entire history of the account between 05/10/2018 to 1/12/2019 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $4,107.24 | Total Compensable Receipts: | $4,107.24 |
| Total Non-Compensable Receipts: | $3,498.76 | Total Non-Compensable Receipts: | $3,498.76 |
| Total Comp/Non Comp Receipts: | $7,606.00 | Total Comp/Non Comp Receipts: | $7,606.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,107.24 | Total Compensable Disbursements: | $4,107.24 |
| Total Non-Compensable Disbursements: | $3,498.76 | Total Non-Compensable Disbursements: | $3,498.76 |
| Total Comp/Non Comp Disbursements: | $7,606.00 | Total Comp/Non Comp Disbursements: | $7,606.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-21119 | |
| **Case Name:** | SERRANO-MENDIOLA, ANICETO GREGORIO AND SERRANO-MENDIOLA, JOAN FRANCIS | |
| **Primary Taxpayer ID #:** | **-***3294 | |
| **Co-Debtor Taxpayer ID #:** | **-***3295 | |
| **For Period Beginning:** | 7/15/2017 | |
| **For Period Ending:** | 1/12/2019 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,606.00 | $7,606.00 | $0.00 |

**For the period of 7/15/2017 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,107.24 |
| Total Non-Compensable Receipts: | $3,498.76 |
| Total Comp/Non Comp Receipts: | $7,606.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,107.24 |
| Total Non-Compensable Disbursements: | $3,498.76 |
| Total Comp/Non Comp Disbursements: | $7,606.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/15/2017 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,107.24 |
| Total Non-Compensable Receipts: | $3,498.76 |
| Total Comp/Non Comp Receipts: | $7,606.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,107.24 |
| Total Non-Compensable Disbursements: | $3,498.76 |
| Total Comp/Non Comp Disbursements: | $7,606.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ